IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

UNITED STATES OF AMERICA, )
)
Plaintiff, )
)
VS. ) CR. NO. 04-20284-B
)
Corlinda Dickerson, )
)
Defendant. )

ORDER ON CHANGE OF PLEA
AND **SETTING**

This cause came to be heard on May 12, 2005, the United States Attorney for this district, Camille McMullen, appearing for the Government and the defendant, Corlinda Dickerson, appearing in person and with counsel, Doris Holt, who represented the defendant.

With leave of the Court, the defendant withdrew the not guilty plea heretofore entered and entered a plea of guilty to Count 1 of the Indictment.

Plea colloquy was held and the Court accepted the guilty plea.

**SENTENCING** in this case is **SET** for **TUESDAY, AUGUST 16, 2005, at 1:30 P.M., in Courtroom No. 1, on the 11th floor before Judge J. Daniel Breen.**

Defendant is allowed to remain released on present bond.

**ENTERED** this the 12A day of May, 2005.

J. DANIEL BREEN
UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on 5-16-05



# Notice of Distribution

This notice confirms a copy of the document docketed as number 48 in case 2:04-CR-20284 was distributed by fax, mail, or direct printing on May 16, 2005 to the parties listed.

---

Doris A. Randle-Holt
FEDERAL PUBLIC DEFENDER
200 Jefferson Ave.
Ste. 200
Memphis, TN 38103

Camille Reese McMullen
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable J. Breen
US DISTRICT COURT